IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DURWARD O'NEAL BRISKEY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-CV-00724-WKW |
| SHIRLEY JOHNSON, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On December 7, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to prosecute this cause of action.

Done this the 31st day of January, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE